# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:01CR00105-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KENNETH EARL WHITE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on June 17, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge George J. Limbert to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was filed May 28, 2014 [Doc. 61] .  No objections were filed and the Court adopted the Report and Recommendation of the Magistrate Judge and found that the following terms of supervision had been violated:

> 1) new criminal law conviction in Stark County, Ohio of abduction and gross sexual imposition.

The Court noted the violation(s) to be a Grade A, a Criminal History Category of IV and a recommended guideline range of 24 to 30 months. The Court entertained statements from counsel and considered the Sec. 3553(a) factors prior to sentencing.

Defendant is committed to the Bureau of Prisons for a term of 20 months incarceration, which will run consecutive to the state sentence.

Defendant is given credit for time served, was advised of his right to appeal, and was remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**

Dated: June 17, 2014                              s/ James S. Gwin
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE